**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.** 8:18 cv 1540 T30 TGW

BANK OF AMERICA, N.A.,

Plaintiff,

v.

MOEEN KHALIL; SAED H. KHALIL; WIRELESSPCS FL, LLC; WIRELESSPCS TX, LLC; WIRELESSPCS CA, LLC; WIRELESSPCS MI, LLC; WIRELESSPCS PA, LLC; SKY NET WIRELESS, LLC; WIRELESSPCS USA, LLC; WIRELESSPCS IN, LLC; WIRELESSPCS CO, LLC; WIRELESSPCS AZ, LLC; WIRELESSPCS CHICAGO, LLC; WIRELESSPCS NC, LLC; ACO WIRELESS, LLC; FIXEXPRESS.COM, LLC; and SKY NET WIRELESS IL, LLC,

Defendants.
______________________________________/

## COMPLAINT

NOW COMES Bank of America, N.A., ("Plaintiff" or "BofA" or "Bank"), Plaintiff in herein, by and through its counsel, and for its Complaint against Defendants Moeen Khalil, Saed H. Khalil, WirelessPCS FL, LLC, WirelessPCS TX, LLC, WirelessPCS CA, LLC, WirelessPCS MI, LLC, WirelessPCS PA, LLC, Sky Net Wireless, LLC, WirelessPCS USA, LLC, WirelessPCS IN, LLC, WirelessPCS CO, LLC, WirelessPCS AZ, LLC, WirelessPCS Chicago, LLC, WirelessPCS NC, LLC, Aco Wireless, LLC, FixExpress.com, LLC, and Sky Net Wireless IL, LLC, (collectively, the "Defendants") respectfully states as follows:

TPA - 51449
$400

**PARTIES, JURISDICTION & VENUE**

1. BofA is a federally chartered, national banking association having its principal place of business at 100 N Tryon Street, Charlotte, NC 28255. BofA is successor by merger to FIA Card Services, N.A. Under 28 U.S.C. § 1332(c), BofA is deemed a citizen of the State of North Carolina. At all relevant times, BofA was, and is, authorized to do business in the State of Florida.

2. Upon information and belief, Saed H. Khalil ("Saed") and Moeen Khalil ("Moeen") are the sole managers and members of each of the Defendant entities.

3. Upon information and belief, Moeen, is a citizen of the State of Florida, domiciled in Oldsmar, Florida at 1520 Lockmeade Pl., Oldsmar, FL 34677-5121.

4. Upon information and belief, Saed, is a citizen of the State of Florida, domiciled in Boca Raton, Florida at 8601 Surry Ln., Boca Raton, FL 33496-1227.

5. Defendant, WirelessPCS FL, LLC ("WirelessPCS FL") is a limited liability company organized under the laws of the State of Florida, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS FL. As set forth below, Saed and Moeen are citizens of the State of Florida. WirelessPCS FL is deemed to be a citizen of the State of Florida.

6. Defendant WirelessPCS USA, LLC ("WirelessPCS USA") is a limited liability company organized under the laws of the State of Florida, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed Khalil and Moeen are the sole managers and

members of WirelessPCS USA. As set forth below, Saed Khalil and Moeen are citizens of the State of Florida. WirelessPCS USA is deemed to be a citizen of the State of Florida.

7. Defendant Sky Net Wireless, LLC ("Sky Net") is a limited liability company organized under the laws of the State of Florida, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Moeen is the sole manager and member of Sky Net. As set forth below, Moeen is a citizen of the State of Florida. Sky Net is deemed to be a citizen of the State of Florida.

8. Defendant Aco Wireless, LLC ("Aco Wireless") is a limited liability company organized under the laws of the State of Florida, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed Khalil and Moeen are the sole managers and members of Aco Wireless. As set forth below, Saed Khalil and Moeen are citizens of the State of Florida. Aco Wireless is deemed to be a citizen of the State of Florida.

9. Defendant FixExpress.com, LLC ("FixExpress") is a limited liability company organized under the laws of the State of Florida, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed Khalil and Moeen are the sole managers and members of FixExpress, LLC. As set forth below, Saed Khalil and Moeen are citizens of the State of Florida. FixExpress is deemed to be a citizen of the State of Florida.

10. Defendant, WirelessPCS TX, LLC ("WirelessPCS TX") is a limited liability company organized under the laws of the State of Texas, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial

district. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS TX. As set forth above, Saed and Moeen are citizens of the State of Florida. WirelessPCS TX is deemed to be a citizen of the State of Florida.

11. Defendant, WirelessPCS CA, LLC ("WirelessPCS CA") is a limited liability company organized under the laws of the State of California, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS CA. As set forth above, Saed and Moeen are citizens of the State of Florida. WirelessPCS CA is deemed to be a citizen of the State of Florida.

12. Defendant, WirelessPCS MI, LLC ("WirelessPCS MI") is a limited liability company organized under the laws of the State of Michigan, with a principal place of business located at 14730 W Seven Mile Road, Detroit, Michigan 48235. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS MI. As set forth above, Saed and Moeen are citizens of the State of Florida. WirelessPCS MI is deemed to be a citizen of the State of Florida.

13. Defendant, WirelessPCS PA, LLC ("WirelessPCS PA") is a limited liability company organized under the laws of the State of Pennsylvania, with a principal place of business located at 5239 Frankford Avenue, Ste. 41, Philadelphia, PA 19124. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS PA. As set forth above, Saed and Moeen are citizens of the State of Florida WirelessPCS PA is deemed to be a citizen of the State of Florida.

14. Defendant WirelessPCS IN, LLC ("WirelessPCS IN") is a limited liability company organized under the laws of the State of Indiana, with a principal place of business

located at 8015 E Pendleton Pike, Indianapolis, IN 46226. Upon information and belief, Saed Khalil and Moeen are the sole managers and members of WirelessPCS IN. As set forth below, Saed Khalil and Moeen are citizens of the State of Florida. WirelessPCS IN is deemed to be a citizen of the State of Florida.

15. Defendant WirelessPCS CO, LLC ("WirelessPCS CO") is a limited liability company organized under the laws of the State of Colorado, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Moeen is the sole manager and member of WirelessPCS CO. As set forth below, Moeen is a citizen of the State of Florida. WirelessPCS CO is deemed to be a citizen of the State of Florida.

16. Defendant WirelessPCS AZ, LLC ("WirelessPCS AZ") is a limited liability company organized under the laws of the State of Arizona, with a principal place of business located at 1846 E Innovation Park Drive, Suite 100, Oro Valley, AZ 85755. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS AZ. As set forth below, Saed and Moeen are citizens of the State of Florida. WirelessPCS AZ is deemed to be a citizen of the State of Florida.

17. Defendant WirelessPCS Chicago, LLC ("WirelessPCS Chicago") is a limited liability company organized under the laws of the State of Illinois, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed is the sole manager and member of WirelessPCS Chicago. As set forth below, Saed is a citizen of the State of Florida. WirelessPCS Chicago is deemed to be a citizen of the State of Florida.

18. Defendant WirelessPCS NC, LLC ("WirelessPCS NC") is a limited liability company organized under the laws of the State of North Carolina, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed and Moeen are the sole managers and members of WirelessPCS NC. As set forth below, Saed and Moeen are citizens of the State of Florida. WirelessPCS NC is deemed to be a citizen of the State of Florida.

19. Defendant Sky Net Wireless IL, LLC ("Sky Net IL") is a limited liability company organized under the laws of the State of Illinois, with a principal place of business located at 14537 S Military Trail, Suite B, Delray Beach, FL 33484, which is in this judicial district. Upon information and belief, Saed and Moeen are the sole managers and members of Sky Net IL. As set forth below, Saed and Moeen are citizens of the State of Florida. Sky Net IL is deemed to be a citizen of the State of Florida.

20. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

21. Venue in this action is proper pursuant to 28 U.S.C. § 1391 because (i) Defendants reside in this judicial district, (ii) Defendants are subject to personal jurisdiction in this judicial district, and (iii) a substantial part of the events giving rise to BofA's claims occurred in this judicial district.

## BACKGROUND

### The Wireless Card Service Agreement

22. On or about September 29, 2011, for good and valuable consideration, WirelessPCS FL executed and delivered a Bank of America Corporate Card Service Agreement

in favor of BofA (the "WirelessPCS FL Card Agreement") along with those certain Wireless Corporate Card Service Agreement Participation Account Forms dated December 19, 2011 and executed by WirelessPCS FL, WirelessPCS TX, WirelessPCS CA, WirelessPCS MI, and WirelessPCS PA (collectively the "Wireless Participants"). A true and correct copy of the WirelessPCS FL Card Agreement along with Wireless Corporate Card Service Agreement Participation Account Forms ("Wireless Participation Agreements") is attached hereto as **Group Exhibit A** and made a part hereof. The WirelessPCS FL Card Agreement and Wireless Participation Agreements, shall hereafter be collectively referred to as the "Agreement."

23. Pursuant to the terms of the Wireless Participation Agreements executed by the Wireless Participants, each of the Wireless Participants became a party to and bound by the terms and conditions of the Agreement.

24. BofA is the current owner and holder of the Agreement.

25. BofA has performed all of its obligations and conditions precedent under the Agreement.

**The Continuing and Unconditional Guaranty**

26. On or about January 27, 2017, for good and valuable consideration, WirelessPCS TX; WirelessPCS CA; WirelessPCS MI; Saed; Moeen; WirelessPCS USA; Sky Net; WirelessPCS IN; WirelessPCS CO; WirelessPCS AZ; WirelessPCS Chicago; WirelessPCS NC; Aco Wireless; Fixepress; and Sky Net IL (collectively the "Guarantors") executed a Continuing and Unconditional Guaranty in favor of Plaintiff ("Guaranty"). A true and correct copy of the Guaranty is attached hereto as **Exhibit B** and made a part hereof.

27. Pursuant to the terms of the Guaranty, the Guarantors unconditionally guaranteed the prompt payment to BofA, its subsidiaries and affiliates of, the indebtedness of WirelessPCS

FL to BofA, which included any and all advances, debts, obligations or liabilities, previously, now or later made or incurred by WirelessPCS FL. See Paragraph 1 of the Guaranty, a copy of which has previously been attached hereto as Exhibit B and made a part hereof.

28. Pursuant to Paragraph 19 of the Guaranty, the Guarantors agreed to pay all reasonable attorneys' fees and other costs and expenses incurred by BofA in the enforcement of the Guaranty.

29. BofA is the current owner and holder of the Guaranty.

30. BofA has performed all of its obligations and conditions precedent under the Guaranty.

**Defaults Under the Agreement and Guaranty**

31. Under the terms of the Agreement, WirelessPCS FL was required to remit payment to BofA by the due date outlined in each billing statement as outlined in the Agreement.

32. Pursuant to the Agreement, WirelessPCS FL has committed numerous events of default, including failure to make payment of the indebtedness when due.

33. Pursuant to the terms of Paragraph 17.B(b) of the Agreement, upon WirelessPCS FL's failure to pay under the Agreement, BofA has the right to terminate the Agreement and declare all amounts due and owing under the Agreement to be immediately due and payable ("Indebtedness").

34. Pursuant to the Agreement, the Wireless Participants are liable for all amounts due BofA under the Agreement.

35. Pursuant to the Guaranty, Guarantors are liable for all amounts due BofA by WirelessPCS FL.

36. On August 3, 2017 and again on December 1, 2017, BofA notified Defendants of their default under the Agreement and Guaranty for failure to pay amounts due and owing and demanded payment of the Indebtedness.

37. Despite demand, Defendants have failed to pay the Indebtedness to BofA.

**COUNT I - BREACH OF CONTRACT (AGREEMENT)**
**(AGAINST WIRELESSPCS FL, LLC; WIRELESSPCS TX, LLC; WIRELESSPCS CA, LLC; WIRELESSPCS MI, LLC; AND WIRELESSPCS PA, LLC)**

38. Plaintiff re-alleges and incorporates Paragraphs 1 through 37 of this Complaint as though fully restated herein.

39. Defendants are in breach of their obligations under the terms of the Agreement for failing to make payments when due.

40. Despite demand, Defendants have failed to pay the total amounts due and owing to BofA under the Agreement.

41. Due and owing as of June 13, 2018 under the Agreement is the amount of $611,474.18.

WHEREFORE, Plaintiff Bank of America, N.A. respectfully requests judgment and relief against Defendants as follows:

(a) Entry of judgment in its favor and against Defendants, jointly and severally, in the in the amount of $611,474.18;

(b) Such other and further relief as the Court deems just and proper.

**COUNT II—BREACH OF CONTRACT (GUARANTY)**
**(AGAINST WIRELESSPCS TX; WIRELESSPCS CA; WIRELESSPCS MI; SAED; MOEEN; WIRELESSPCS USA; SKY NET; WIRELESSPCS IN; WIRELESSPCS CO; WIRELESSPCS AZ; WIRELESSPCS CHICAGO; WIRELESSPCS NC; ACO WIRELESS; FIXEPRESS; AND SKY NET IL)**

42. Plaintiff re-alleges and incorporates Paragraphs 1 through 41 of this Complaint as though fully restated herein.

43. Guarantors are in breach of their obligations under the terms of the Guaranty for failing to make payments as required under the terms of the Guaranty.

44. Despite demand, Guarantors have failed to pay the total amounts due and owing to BofA.

45. Due and owing as of June 13, 2018 under the Guaranty is the amount of $611,474.18 plus reasonable attorneys' fees and costs and other expenses incurred in enforcing the Guaranty.

WHEREFORE, Plaintiff Bank of America, N.A., respectfully requests judgment and relief against the Defendant Guarantors, as follows:

(a) Entry of judgment in its favor and against Defendant Guarantors, jointly and severally, in the amount of $611,474.18, plus reasonable attorneys' fees, costs and expenses; and

(b) Such other and further relief as the Court deems just and proper.

Dated: June 22 2018

Respectfully submitted,

By: ______________________

Deborah M. R. O'Brien Daly, Trial Counsel
Florida Bar No. 0580651
LOWIS & GELLEN, LLP
2170 W. State Rd. 434, Suite 370
Longwood, FL 32779
Telephone: (407) 788-8003
Facsimile: (407) 788-8004
Email: dobrien@lowis-gellen.com

Attorneys for Plaintiff Bank of America, N.A.